**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kelvin A. Lashley                      CHAPTER 13

Debtor(s)

BKY. NO. 22-10804 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

                                                     Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
06 Apr 2022, 15:40:17, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322