UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                  Bankr. Case No. 22-10804-elf

Kelvin A Lashley                                                                                      Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096


By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                         Bankr. Case No. 22-10804-elf

Kelvin A Lashley                                                                    Chapter 13

      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 12, 2022 :

    ALEXANDER G. TUTTLE                         Kenneth E West
    2303 N Broad Street                                 Office of the Chapter 3 Standing Trustee
    Suite 2                                                      1234 Market Street Ste 1813
    Colmar, PA 18915                                   Philadelphia, PA 19107

                                                                 By  /s/ Mandy Youngblood_____
                                                                           Mandy Youngblood

xxxxx94178 / 1054897