IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelvin A. Lashley<br>     Debtor, | BANKRUPTCY CASE NUMBER<br>22-10804-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2,as owner of the Related Mortgage Loan<br>     Movant.<br>v. | CHAPTER 13 |
| Kelvin A. Lashley<br>     Debtor/Respondent, | |
| Kenneth E. West, Trustee<br>     Additional Respondent. | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2,as owner of the Related Mortgage Loan, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application,

Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                        Respectfully submitted,

Dated:  April 21, 2022                          BY:/s/ Lily C. Calkins
                                                  Christopher A. DeNardo 78447
                                                  Kristen D. Little 79992
                                                  Lily C. Calkins 327356
                                                  LOGS Legal Group LLP
                                                  3600 Horizon Drive, Suite 150
                                                  King of Prussia, PA 19406
                                                  (610) 278-6800
                                                  logsecf@logs.com

LLG File #: 14-045938

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelvin A. Lashley<br>    Debtor,<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan<br>    Movant.<br>v.<br><br>Kelvin A. Lashley<br>    Debtor/Respondent,<br><br>Kenneth E. West, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-10804-elf<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I, <u>Lily C. Calkins</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>21st</u> day of <u>April</u>, 2022:

Kelvin A. Lashley
4 Donney Brook Way
Collegeville, PA 19426

Alexander G. Tuttle, Esquire
2303 North Broad Street, Suite 2
Colmar, PA 18915 - VIA ECF

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107 - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com