United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10804-elf |
| Kelvin A Lashley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin A Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408 |
| 14682476 | + | DLJ Mortgage Capital, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14682695 | + | DLJ Mortgage Capital, Inc., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14685723 | + | Federal Home Loan Mortgage Corporation, c/o Lily C. Calkins, Esq., LOGS Legal Group, LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14680289 | + | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 14691661 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14691883 | | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16478, St Paul, MN 55116-0478 |
| 14680290 | + | Opensky Cbnk, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 14682531 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3rd Fl |
| 14683386 | + | The Bank of New York Mellon,successor The Bank of, c/o Rebecca Solarz,Esquire, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 14681788 | | Wells Fargo Bank NA, c/o Jill Manuel-Coughlin, Esq., Neshaminy Interplex, Suite 215, Trevose, PA 19053 |
| 14683394 | + | Wells Fargo Bank, N.A., Default Document Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 14683282 | + | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14680292 | + | Wfhm, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 30 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2022 00:04:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2022 00:09:45 | LVNV Funding, LLC c/o Resurgent Capital Services, MERRICK BANK, PO Box 10587, Greenville,, SC 29603-0587 |
| 14684393 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2022 00:04:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14693973 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2022 00:09:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680286 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2022 00:09:54 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14691042 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2022 00:09:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte NC 28272-1083 |
| 14690933 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2022 00:09:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14696477 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 22-10804-elf    Doc 30    Filed 07/01/22    Entered 07/02/22 00:28:47    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 30 2022 00:04:00 | Federal Home Loan Mortgage Corporation, as truste, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14696641 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2022 00:04:00 | Federal Home Loan Mortgage Corporation, as truste, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14680287 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2022 00:04:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14695535 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2022 00:09:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14689236 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 30 2022 00:09:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14680288 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2022 00:04:00 | Mr. Cooper, PO Box 60516, City Of Industry, CA 91716-0516 |
| 14680572 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14696979 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 00:04:00 | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14696743 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 00:04:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14680291 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 00:04:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14696745 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 00:04:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14683394 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 30 2022 11:32:07 | Wells Fargo Bank, N.A., Default Document Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 14683282 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 30 2022 11:32:07 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14680292 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 30 2022 11:32:07 | Wfhm, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14684437 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14689663 | *+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDER G. TUTTLE | on behalf of Debtor Kelvin A Lashley agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LILY CHRISTINA CALKINS | on behalf of Creditor Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr logsecf@logs.com, lcalkins@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        Chapter 13
KELVIN A LASHLEY

                      Debtor               Bankruptcy No. 22-10804-ELF

# ORDER

    **AND NOW**, this   29th   day of   June  , 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                                     _____
                                                     Honorable Eric L. Frank
                                                     Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ALEXANDER G TUTTLE
TUTTLE LEGAL
2303 N. BROAD ST  STE 2
COLMAR, PA 18915-

Debtor:
KELVIN A LASHLEY

4 Donny Brook Way

Collegeville, PA 19426